PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Transferring Court)* MJ-25-04469-001-PCT-CDB | |
| | | DOCKET NUMBER *(Receiving.Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Jose Marvin Portillo Escobar | DISTRICT<br>District of Arizona | DIVISION<br>3: Prescott | |
| | NAME OF SENTENCING JUDGE<br>Honorable Camille D. Bibles<br>Unites States Magistrate Judge | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>3/13/2026 | TO<br>3/12/2027 |

OFFENSE
Violating 36 C.F.R. § § 1.3 and 3.8(b)(8), Negligent Operation of a Vessel in a National Park Area, a Class B Petty offense, as charged in Count One of the Information; violating 36 C.F.R. § § 1.3 and 2.34(a)(2), Disorderly Conduct, a Class B Petty offense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial Ties

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Jose M Portillo Escobar, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Camille D. Bibles Digitally signed by Camille D. Bibles
Date: 2026.09.22 15:04:43 -07'00'

Date

Honorable Camille D. Bibles
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 28, 2026
Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jose Marvin Portillo Escobar

Case No.: TO BE ASSIGNED

September 23, 2026

TO: The Honorable District Court Judge

On March 6, 2026, Portillo Escobar was sentenced in the District of Arizona to Time Served plus five (5) days followed by one (1) year of probation for committing the offense of Negligent Operation of a Vessel in a National Park Area. On March 30, 2026, supervision was accepted in the District of Nevada.

On March 30, 2026, the District of Arizona was notified of Portillo Escobar's noncompliance, specifically, his positive drug test for marijuana. Unfortunately, Portillo- Escobar has continued with a pattern of non-compliance. Portillo-Escobar has failed to report for drug testing on four (4) separate occasions. On September 8, 2026, Portillo-Escobar again tested positive for marijuana. Portillo-Escobar has denied the use of marijuana despite laboratory confirmation. The District of Arizona was again notified.

Due to Portillo-Escobar's repeated noncompliant conduct, the District of Arizona has initiated a transfer of jurisdiction (TOJ) in this matter so that the District of Nevada can better address any future noncompliance within the District of Nevada where he is currently being supervised. The signed probation form (prob) 22 is attached for review.

If you should have any further questions regarding this request, please contact the undersigned at Deleyna_Jensen@nvp.uscourts.gov.

Respectfully submitted,

Digitally signed by Deleyna Jensen
Date: 2026.09.23 13:01:31 -07'00'

Deleyna Jensen
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2026.09.23 12:57:41 -07'00'

Donnette Johnson
Supervisory United States Probation Officer